IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BENIGNO TORRES-BENITEZ, : No. 3:25cv1357
　　　　　　Petitioner : (Judge Munley)
　　v. :
WARDEN, FPC-SCHUYLKILL, :
　　　　　　Respondent :

## ORDER

AND NOW, to wit, this 4th day of September 2025, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The habeas petition is **DISMISSED**. (Doc. 1).

2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

/s/ Julia K. Munley
JUDGE JULIA K. MUNLEY
United States District Court